FILED

04/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0659

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0659

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                              O R D E R

MICHAEL PAINTER,

      Defendant and Appellant.

_____

Upon consideration of Appellant's fourth motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until May 29, 2023, to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2023